KEVIN J. SENN
SUSAN D. CONDON
ARMSTRONG TEASDALE LLP
Three Embarcadero Center, Ste. 2310
San Francisco, CA 94111-4039
Telephone: (415) 433-1500
Facsimile: (415) 433-1508

Attorneys for Defendant SHOP-VAC CORPORATION

JOHN H. DONBOLI
JL SEAN SLATTERY
DEL MAR LAW GROUP, LLP
322 8th Street, Ste. 101
Del Mar, CA 92014
Telephone: (858) 793-6244
Facsimile: (858) 793-6005

Attorneys for Plaintiff RICHARD A. SILBER

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. SILBER, an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SHOP-VAC CORPORATION, a Pennsylvania Corporation, and DOES 1 through 100, inclusive.<br><br>Defendants. | **JOINT MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND**<br><br>CASE NO. 3:08CV00637-JLS-RBB |

Plaintiff Richard A. Silber and Defendant Shop-Vac Corporation ("Shop-Vac") hereby move this Court for an Order granting Shop-Vac an extension of time in which to file an answer or otherwise respond to Plaintiff's Class Action Complaint up to and including April 29, 2008. In support of this joint motion, the parties present the following.

1. On or about February 25, 2008, Plaintiff Richard A. Silber filed a putative class action Complaint ("Complaint") in the Superior Court of San Diego County, California, Case No. 37-2008-00078687-CU-BT-CTL, naming Shop-Vac as a Defendant.

2.     The summons and Complaint were deemed served on Shop-Vac on March 9, 2008.

3.     Shop-Vac timely filed a Notice of Removal pursuant to the Class Action Fairness Act of 2005 ("CAFA"), Pub. L. No. 109-2, 119 Stat. 4 (codified in scattered sections of 28 U.S.C.), on April 8, 2008.

4.     Shop-Vac's current answer or responsive pleading is due five days after notice of removal is filed, which is on or about April 15, 2008.  Fed. R. Civ. P. 81(c).

5.     Shop-Vac requires additional time to answer or otherwise respond to the Complaint. Additional time is necessary in order to conduct further investigation and research required to formulate a proper response to Plaintiff's Complaint.

6.     Shop-Vac respectfully requests an additional two weeks to file its Answer or otherwise respond to Plaintiff's Complaint.

7.     Undersigned counsel for Shop-Vac has conferred with undersigned counsel for plaintiff, who does not oppose this extension.  Shop-Vac has not previously sought an extension of its answer deadline.

8.     The requested extension of time is not being made for the purpose of delay, but rather is to further the interests of justice.

WHEREFORE, Plaintiff Richard A. Silber and Defendant Shop-Vac Corporation respectfully pray for an Order granting Shop-Vac an extension of time to answer or otherwise respond to Plaintiff's Complaint up to and including April 29, 2008 and for such other and further relief this Court deems just and proper.

| DEL MAR LAW GROUP, LLP | ARMSTRONG TEASDALE LLP |
|---|---|
| By:/s/ JL Sean Slattery _____ | By:/s/ Kevin J. Senn _____ |
| JOHN H. DONBOLI<br>JL SEAN SLATTERY<br>322 8th Street, Ste. 101<br>Del Mar, CA 92014<br>Telephone: (858) 793-6244<br>Facsimile: (858) 793-6005<br>jdonboli@delmarlawgroup.com<br>sslattery@delmarlawgroup.com | KEVIN J. SENN<br>SUSAN D. CONDON<br>ARMSTRONG TEASDALE LLP<br>Three Embarcadero Center, Ste. 2310<br>San Francisco, CA 94111-4039<br>Telephone: (415) 433-1500<br>Facsimile: (415) 433-1508<br>ksenn@armstrongteasdale.com<br>scondon@armstrongteasdale.com |
| Attorneys for Plaintiff RICHARD A. SILBER | Attorneys for Defendant SHOP-VAC CORPORATION |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system this 10th day of April, 2008 upon the following:

John H. Donboli
JL Sean Slattery
Del Mar Law Group, LLP
322 8th Street, Ste. 101
Del Mar, CA 92014
(858) 793-6244
(858) 793-6005 (facsimile)

_____/s/ Kevin J. Senn_____