1  KEVIN J. SENN
   SUSAN D. CONDON
2  ARMSTRONG TEASDALE LLP
   Three Embarcadero Center, Ste. 2310
3  San Francisco, CA 94111-4039
   Telephone: (415) 433-1500
4  Facsimile: (415) 433-1508

5  Attorneys for Defendant SHOP-VAC CORPORATION

6

7       UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

8  RICHARD A. SILBER, an individual and on behalf
   of all others similarly situated,
9
            Plaintiffs,
10
       vs.                                          CASE NO. 3:08CV00637-JLS-RBB
11
   SHOP-VAC CORPORATION, a Pennsylvania
12 Corporation, and DOES 1 through 100, inclusive.

13          Defendants.

14

15                                       **ORDER**

16      Upon review of the Joint Motion of Plaintiff Richard A. Silber and Defendant Shop-Vac

17 Corporation ("Shop-Vac") for an Extension of Time to File Answer or Otherwise Respond, the Court

18 hereby GRANTS the parties' joint motion and ORDERS that Shop-Vac file an answer or otherwise

19 respond to Plaintiff's Class Action Complaint on or before April 29, 2008.

20      IT IS SO ORDERED.

21

22

23 **DATE: April 11, 2008**                        *Janis L. Sammartino*

24                                                 **Hon. Janis L. Sammartino**
                                                   **United States District Judge**