1  JOHN H. DONBOLI (SBN: 205218)
   JL SEAN SLATTERY (SBN: 210965)
2  DEL MAR LAW GROUP, LLP
   322 8th Street, Suite 101
3  Del Mar, CA 92014
   Telephone: (858) 793-6244
4  Facsimile: (858) 793-6005

5  Attorneys for Plaintiff: RICHARD A. SILBER, an individual and on behalf
   of all others similarly situated

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. SILBER, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SHOP-VAC CORPORTATION, a Pennsylvania Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 3:08CV00637-JLS-RBB<br><br>**CLASS ACTION**<br><br>**JOINT MOTION FOR ORDER STRIKING INADVERTENT INCLUSION OF IRRELEVANT DOCUMENTS FILED WITH NOTICE OF REMOVAL** |

Plaintiff Richard A. Silber ("Plaintiff") and Defendant Shop-Vac Corporation ("Defendant") hereby move this Court for an Order striking the inadvertent inclusion of irrelevant documents that were filed with Defendant's Notice of Removal. In support of this joint motion, the parties present the following.

1. On or about February 25, 2008, Plaintiff filed a putative class action Complaint ("Complaint") in the Superior Court of San Diego County, California, Case No. 37-2008-00078687-CU-BT-CTL, against Defendant.

2. Defendant timely filed a Notice of Removal pursuant to the Class Action Fairness

-1-
JOINT MOTION FOR ORDER STRIKING INADVERTENT INCLUSION OF DOCUMENTS
3:08CV00637-JLS-RBB

1  Act of 2005 ("CAFA"), Pub. L. No. 109-2, 119 Stat. 4 (codified in scattered sections of 28
2  U.S.C.), on April 8, 2008.
3      3.   As part of the Notice of Removal, Defendant inadvertently included Page 29, 30,
4  and 31 (of the total 34 pages filed), which were not intended to be filed with this Court.
5  Specifically, the three pages are irrelevant to this litigation.
6      WHEREFORE, Plaintiff and Defendant respectfully pray for an Order striking pages 29,
7  30, and 31 from the 34-page Notice of Removal that was filed with this Court on April 8, 2008.

Dated: April 14, 2008                    Respectfully submitted,

                                         DEL MAR LAW GROUP, LLP


                                         By: s/John H. Donboli
                                             JOHN H. DONBOLI
                                             E-mail: jdonboli@delmarlawgroup.com
                                             Attorney for Plaintiff RICHARD A. SILBER, an
                                             individual and on behalf of all others similarly
                                             situated

Dated: April 14, 2008                    ARMSTRONG TEASDALE


                                         By: s/Kevin Senn
                                             KEVIN SENN
                                             E-mail: ksenn@armstrongteasdale.com
                                             Attorneys for Defendant SHOP-VAC
                                             CORPORATION