| UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT | COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):   Telephone No.<br>John H. Donboli  (SBN 205218)            Tel:  (858) 793-6244<br>J.L. Sean Slattery (SBN 210965)         Fax  (858) 793-6005<br>DEL MAR LAW GROUP, LLP<br>322 Eighth Street, Suite 101<br>Del Mar, CA 92014 | |
| SHORT CASE TITLE<br>RICHARD SILBER v. SHOP-VAC CORPORATION | ICJ:<br>DEPT: |
| ATTORNEYS FOR PLAINTIFF<br>RICHARD SILBER | Case No.<br>3:08CV00637-JLS-RBB |

# PROOF OF SERVICE

I, the undersigned, say:  I am over 18 years of age, employed in the County of San Diego, California, in which the within-mentioned service occurred; and that I am not a party to the subject cause.  My business address is 322 8th Street, Suite 105, Del Mar, California 92014.

On April 14, 2008, I served the following document(s):

**(1) JOINT MOTION FOR ORDER STRIKING INADVERTENT INCLUSION OF IRRELEVANT DOCUMENTS FILED WITH NOTICE OF REMOVAL**

(X)     BY ELECTRONIC FILING.  I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing System for the above-entitled case.  The Case Filing Receipt will be maintained with the original document(s) in our office.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 14, 2008.

s/John H. Donboli
John H. Donboli
jdonboli@delmarlawgroup.com
