UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. SILBER, an individual and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>vs.<br><br>SHOP-VAC CORPORATION, a Pennsylvania Corporation, and DOES 1 through 100, inclusive,<br><br>                Defendants. | CASE NO. 3:08CV00637-JLS-RBB<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT MOTION TO STRIKE INADVERTENT INCLUSION OF IRRELEVANT DOCUMENTS FILED WITH NOTICE OF REMOVAL** |

## **ORDER**

Upon review of the Joint Motion of Plaintiff Richard A. Silber and Defendant Shop-Vac Corporation for an "Order Striking Inadvertent Inclusion of Irrelevant Documents Filed With Notice of Removal," the Court hereby GRANTS the parties' joint motion and ORDERS that pages 29, 30, and 31 of the 34-page Notice of Removal filed with this Court on April 8, 2008 be stricken.

The Clerk of the Court is instructed to redact the Notice of Removal accordingly.

DATE: April 17, 2008                SO ORDERED:

                                                      Hon. Janis L. Sammartino