KEVIN J. SENN (SBN 136226)
SUSAN D. CONDON (SBN 143417)
ARMSTRONG TEASDALE LLP
Three Embarcadero Center, Ste. 2310
San Francisco, CA 94111-4039
Telephone: (415) 433-1500
Facsimile: (415) 433-1508

Attorneys for Defendant SHOP-VAC CORPORATION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| RICHARD A. SILBER, an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SHOP-VAC CORPORATION, a Pennsylvania Corporation, and DOES 1 through 100, inclusive.<br><br>Defendants. | CASE NO. 3:08CV00637-JLS-RBB<br><br>**CLASS ACTION**<br><br>**DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTIONS TO DISMISS (FRCP 12(B)(6)) AND TO STRIKE (FRCP 12 (F))** |
|---|---|

Defendant Shop-Vac Corporation ("Shop-Vac") hereby voluntarily withdraws its Motion to Dismiss Plaintiff's Complaint brought pursuant to FRCP 12 (b)(6) and its Motion to Strike Plaintiff's Complaint brought pursuant to FRCP 12(f), both of which were set for July 18, 2008 before this Court.

DATED:  June 17, 2008                ARMSTRONG TEASDALE LLP

　　　　　　　　　　　　　　　　　　　　/s/ Susan D. Condon
　　　　　　　　　　　　　　　　　　KEVIN J. SENN
　　　　　　　　　　　　　　　　　　SUSAN D. CONDON
　　　　　　　　　　　　　　　　　　ARMSTRONG TEASDALE LLP
　　　　　　　　　　　　　　　　　　3 EMBARCADERO CENTER, SUITE 2310
　　　　　　　　　　　　　　　　　　SAN FRANCISCO, CA 94111
　　　　　　　　　　　　　　　　　　ksenn@armstrongteasdale.com
　　　　　　　　　　　　　　　　　　scondon@armstrongteasdale.com
　　　　　　　　　　　　　　　　　　(415) 433-1500/(415) 433-1508 (facsimile)
　　　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANT SHOP-VAC CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system this 17th day of June, 2008 upon the following:

John H. Donboli
JL Sean Slattery
Del Mar Law Group, LLP
322 8th Street, Ste. 101
Del Mar, CA 92014
(858) 793-6244
(858) 793-6005 (facsimile)

/s/ Susan Condon