UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. SILBER, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SHOP-VAC CORPORTATION, a Pennsylvania Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 3:08CV00637-JLS-RBB<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT** |

**ORDER**

Upon review of the Joint Motion of Plaintiff Richard A. Silber ("Plaintiff") and Defendant Shop-Vac Corporation ("Shop-Vac") for an Order granting the "Joint Motion for Extension of Time for Defendant to File Answer or Otherwise Respond to First Amended Complaint," the Court hereby GRANTS the above-referenced joint motion and Orders that Shop-Vac has up to and including July 8, 2008 to file a responsive pleading to the First Amended Complaint.

DATE: June 18, 2008                    SO ORDERED:

*Janis L. Sammartino*
Hon. Janis L. Sammartino