KEVIN J. SENN (SBN 136226)
SUSAN D. CONDON (SBN 143417)
ARMSTRONG TEASDALE LLP
Three Embarcadero Center, Suite 2310
San Francisco, CA 94111-4039
Telephone: (415) 433-1500
Facsimile: (415) 433-1508
Email: ksenn@armstrongteasdale.com
Email: scondon@armstrongteasdale.com

Attorneys for Defendant
SHOP-VAC CORPORATION

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. SILBER, an individual and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>   vs.<br><br>SHOP-VAC CORPORATION, a Pennsylvania Corporation, and DOES 1 through 100, inclusive<br><br>         Defendants. | CASE NO. 3:08CV00637-JLS (RBB)<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER DISMISSING PLAINTIFF'S COMPLAINT (FRCP 12(B)(6))**<br><br>DATE: Thursday, September 4, 2008<br><br>TIME: 1:30 PM<br><br>COURTROOM: 6<br><br>Hon. Janis L. Sammartino |

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT ON Thursday, September 4, 2008 at 1:30 PM or as soon thereafter as the matter may be heard in Courtroom 6 of the above-entitled Court, located at 940 Front Street, San Diego, California, Defendant SHOP-VAC CORPORATION will move the Court pursuant to Rule 12(b)(6), Fed. R. Civ. Pro. for an order Dismissing Plaintiff's First Amended Complaint for failure to state a claim upon which relief can be granted. Specifically, Plaintiff fails to plead sufficient facts to confer standing pursuant to the Consumer Legal Remedies Act (Cal.Civil

Code § 1750, et seq.), California's Unfair Competition Law (Cal. Business & Professions Code § 17200, et seq., and California Business & Professions Code § 17533.7. Further, Plaintiff failed to plead facts sufficient to confer standing to bring the action as a class representative, i.e., he has not stated facts that demonstrate that an ascertainable class exists with a well-defined community of interest among the class members and he has not stated facts that demonstrate that his interests are aligned with those of the class members.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the pleadings on file with the Court, and such argument as may be presented at the hearing on the Motion.

Dated:  July 8, 2008                                ARMSTRONG TEASDALE LLP

By: **/s/ Kevin J. Senn**
Attorney for Defendant SHOP-VAC
CORPORATION
Email:  ksenn@armstrongteasdale.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically this **8th day of July, 2008** with the Clerk of the USDC Southern District of California (San Diego) to be served by operation of the Court's ECF electronic filing system upon the following:

**John H. Donboli**
JL Sean Slattery
DEL MAR LAW GROUP LLP
322 Eighth Street, Suite 101
Del Mar, CA  92014
Telephone (858) 793-6244
Facsimile (858) 793-6005
**Email:  jdonboli@delmarlawgroup.com**
*Attorneys for Plaintiff Richard A. Silber*

By: **/s/ Kevin J. Senn**
Attorney for Defendant SHOP-VAC
CORPORATION
Email:  ksenn@armstrongteasdale.com

NOTICE OF MOTION AND MOTION TO DISMISS (FRCP 12 (B)(6))