1  JOHN H. DONBOLI (SBN: 205218)
   E-mail: jdonboli@delmarlawgroup.com
2  JL SEAN SLATTERY (SBN: 210965)
   E-mail: sslattery@delmarlawgroup.com
3  DEL MAR LAW GROUP, LLP
   322 8th Street, Suite 101
4  Del Mar, CA 92014
   Telephone: (858) 793-6244
5  Facsimile: (858) 793-6005

6  Attorneys for Plaintiff: RICHARD A. SILBER, an individual and on behalf
   of all others similarly situated

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. SILBER, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SHOP-VAC CORPORTATION, a Pennsylvania Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 3:08CV00637-JLS-RBB<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S EVIDENTIARY OBJECTIONS TO PROFFERED EVIDENCE SET FORTH IN DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>ACCOMPANYING DOCUMENTS:<br>Plaintiff's Opposition to Motion to Dismiss First Amended Complaint<br><br>Date:           September 4, 2008<br>Time:           1:30 p.m.<br>District Judge: Janis L. Sammartino<br>Fl./Room:       3/6<br><br>**[ORAL ARGUMENT NOT REQUIRED]**<br>**[Civil Rule 7.1(d)(2)]** |

Plaintiff RICHARD A. SILBER ("Plaintiff") respectfully objects to and seeks an order striking the following proffered evidence set forth in defendant SHOP-VAC CORPORTATION's ("Shop-Vac") Motion to Dismiss the First Amended Complaint.

## **EVIDENTIARY OBJECTIONS TO PROFFERED EVIDENCE SET FORTH IN DEFENDANT'S MOTION TO DISMISS**

1. <u>Page 2, Lines 15-16 and Footnote 1 on Page 3</u> ("Shop-Vac, with factories in Pennsylvania and New York employing hundreds of American workers....[1]" <u>and</u> "[1] Shop-Vac also maintains a plant in China which labels its goods "Made in China.")

<u>Objection</u>. Plaintiff objects to this portion of the Motion to Dismiss as there is no evidentiary basis set forth in support of these purported "factual" contentions. As such, Plaintiff objects because the statements lack foundation and are tantamount to inadmissible hearsay. Fed. R. Evid. 901, 801.

## **CONCLUSION**

Plaintiff respectfully requests that the Court sustain the above objections and strike the proffered evidence referenced above as Shop-Vac fails to set forth the necessary foundation to establish admissible evidence.

Dated: August 21, 2008                     Respectfully submitted,

                                                  DEL MAR LAW GROUP, LLP


By: <u>s/John H. Donboli</u>
JOHN H. DONBOLI
E-mail:  jdonboli@delmarlawgroup.com
Attorney for Plaintiff RICHARD A. SILBER, an individual and on behalf of all others similarly situated