```
1  KEVIN SENN, State Bar No. 136226
   SENN LAW
2  2000 Crow Canyon Place, Suite 120
   San Ramon, CA 94583
3  (925) 830-8700 phone
4
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTHERN CALIFORNIA

| Richard A. Silber | No. CV00637 |
|---|---|
| Plaintiff, | NOTICE OF ASSOCIATION OF COUNSEL |
| vs. | |
| Shop-Vac Corporation And Does 1 Through 100 | Honorable Janice L. Sammartino Courtroom: 6 Third Floor |
| Defendant | |
| and related Cross-Actions. | |

PLEASE TAKE NOTICE that SENN LAW, attorneys of record for Plaintiff SHOP-VAC hereby associate KEVIN J. SENN as co-counsel for SHOP-VAC. The name, office address, and telephone number of the associated counsel are:

> Kevin J. Senn
> SENN LAW
> 2000 Crow Canyon Place, Suite 120
> San Ramon, CA 94583
> Telephone 415.652.4361

Dated: August 21, 2008

ARMSTRONG TEASDALE

By_____
Glenn Davis
Attorney for Defendant
SHOP-VAC CORPORATION

Association of Counsel                    -1-