# PROOF OF SERVICE

STATE OF CALIFORNIA, LOS ANGELES COUNTY:

I am over the age of eighteen years, and not a party to this action; I am employed at the county mentioned above; my business address is 2000 Crow Canyon Place, Suite 120, San Ramon, California, 94583. On the date set forth below, I served the documents described below:

## NOTICE OF ASSOCIATION OF COUNSEL

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Glenn Davis<br>Armstrong Teasdale<br>211 North Broadway, Suite 2600<br>Saint Louis, MO 63102<br>gdavis@armstrongteasdale.com | John Donboli<br>Del Mar Law Group LLP<br>322 8th Street, Suite 101<br>Del Mar, CA 92014<br>jdonboli@delmarlawgroup.com |

[X] (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United State mail in San Ramon, California.

[ ] (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[X] (BY EMAIL) I caused such document(s) to be transmitted by email on this date to the offices of addressee(s).

[ ] (BY FACSIMILE) I caused such document(s) to be transmitted by facsimile on this date to the offices of addressee(s). The transmission was reported as complete.

[ ] (BY FEDERAL EXPRESS) I caused such envelope(s) with postage thereon fully prepaid to be placed in the Federal Express office at San Ramon, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 28, 2008 at San Ramon, California.

Nolene Chetty

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650) 428-3900

Proof of Service     -1-